AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Beesley, Bruce T. | 2. Court or Organization<br><br>United States Bankruptcy Court for the District of Nevada | 3. Date of Report<br><br>06/24/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>full time bankruptcy judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| United States Bankruptcy Court<br>C Clifton Young Federal Bldg & U S Court House<br>300 Booth Street<br>Reno, NV 89509-1317 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 06/24/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | [redacted]-Lawyer-Salary |
| 2. | 2019 | Self-Employed Trustee |
| 3. | 2019 | Dividend Payout of Shares of Equity Stock |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 06/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beesley, Bruce T.** | 06/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▓▓▓▓ Retirement Account - no control - See Part VIII additi | E | Int./Div. | P1 | T | | | | | |
| 2. Greater Nevada Credit Union - Account #3 | A | Interest | K | T | | | | | |
| 3. Wells Fargo Investments IRA #1 (H) - See Part VIII additional informat | | | | | | | | | |
| 4. ---Wells Fargo Cash Sweep | A | Int./Div. | J | T | Sold (part) | 04/24/19 | M | | |
| 5. ---Wells Fargo Bank S&P 500 Index | A | Int./Div. | J | T | Sold (part) | 04/24/19 | N | | |
| 6. ---IShares EFT Government/Credit Bond | A | Int./Div. | K | T | Buy | 04/24/19 | K | | |
| 7. ---IShares TIP Bond | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 8. ---Vanguard Extended ETF Market | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 9. ---AB High Income FD Inc Advisor CL | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 10. ---Cohen & Steers Real Estate Securities | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 11. ---Fidelity Advisor Advisors Materials Class I | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 12. ---Columbia Select Large Cap Value Fund Instl Class | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 13. ---Goldman Sachs TR Large Cap Grwth Insights Fund Instl Shs | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 14. ---Hartford Schroders US Midcap Opportunites Fund Class I | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 15. ---Invesco Oppenheimer Developing Markets Fund Class Y | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 16. ---Invesco Oppenheimer International Small Mid Company Fund Class | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 17. ---FMI Funds FMI International Fund Instutional Class Shares | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 06/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | ---Nationwide Mut Fds New Geneva Small Cap Growth Fund Instl SVC C | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 19. | ---Wells Fargo FDS TR Special Small Cap Value Instl Cl | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 20. | ---Principal FDS Inc Global Diversified Income FD Instl CL | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 21. | ---Insight Select Income FD | B | Int./Div. | K | T | Buy | 04/24/19 | K | | |
| 22. | ---Invesco Bond Fund | A | Int./Div. | K | T | Buy | 04/24/19 | K | | |
| 23. | Wells Fargo Investments IRA #2 (H) - see Part VIII additional informat | | | | | | | | | |
| 24. | ---Wells Fargo Cash Sweep | A | Int./Div. | J | T | Sold (part) | 04/24/19 | L | | |
| 25. | ---Wells Fargo Bank S&P 500 Index | A | Int./Div. | J | T | Sold (part) | 04/24/19 | M | | |
| 26. | ---IShares ETF Government/Credit Bond | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 27. | ---IShares TIP Bond ETF | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 28. | ---Vanguard Extended ETF Market | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 29. | ---AB High Income FD Inc | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 30. | ---Cohen & Steers Real Estate Securities | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 31. | ---Fidelity Advisor Advisors Materials Class I | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 32. | ---Columbia Select Large Cap Value Fund Instl Class | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 33. | ---Goldman Sachs TR Large Cap Grwth Insights Fund Instl Shs | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 34. | ---Hartford Schroders US Midcap Opportunities Fund Class I | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 06/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | ---Invesco Oppenheimer Developing Markets Fund Class Y | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 36. | ---Invesco Oppenheimer International Small Mid Company Fund Class | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 37. | ---FMI Funds FMI International Fund Instutuional Class Shares | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 38. | ---Nationwide Mut Fds new Geneva Small Cap Growth Fund Instl SVC C | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 39. | ---Wells Fargo FDS TR Special Small Cap Value Instl CL | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 40. | ---Principal FDS Inc Global Diversified Income FD Instl CL | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 41. | ---Insight Select Income FD | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 42. | ---Invesco Bond Fund | A | Int./Div. | J | T | Buy | 04/24/19 | J | | |
| 43. | Wells Fargo Cash Sweep-Cash Account (H) | | | | | | | | | |
| 44. | ----Wells Fargo Bank Deposit Sweep-Cash | A | Int./Div. | J | T | | | | | |
| 45. | ----Wendys Arbys Group Inc | A | Int./Div. | J | T | | | | | |
| 46. | ---- Franklin Templeton LTD Duration Income Tr | A | Int./Div. | J | T | | | | | |
| 47. | Wells Fargo Checking and Savings | C | Interest | P1 | T | | | | | |
| 48. | Wells Fargo Investments IRA #3 (H) - See Part VIII additional informat | | | | | | | | | |
| 49. | ---Wells Fargo Bank CD Mkt Lnkd to S&P 500 Index | B | Interest | N | T | Buy | 04/24/19 | N | | |
| 50. | Wells Fargo Investments IRA #4 (H) - See Part VIII additional informat | | | | | | | | | |
| 51. | ---Wells Fargo Bank CD Mkt Lnkd to S&P 500 Index | B | Int./Div. | M | T | Buy | 04/24/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beesley, Bruce T.** | 06/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo Investments DB #1 (H) | | | | | | | | | |
| 53. ---AB High Income FD Inc Advisor CL | C | Int./Div. | L | T | Buy | 03/13/19 | L | | |
| 54. ---Eaton Vance Adv SR Fltng RT Advantage Fund CL I | D | Int./Div. | M | T | Buy | 03/13/19 | M | | |
| 55. ---Guggenheim FDS TR LTD Duration FD Instl CL Institutional | B | Int./Div. | K | T | Buy | 03/13/19 | K | | |
| 56. ---Pimco FDS Income FD Instl CL | D | Int./Div. | M | T | Buy | 03/13/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 06/24/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line #1, ▮▮▮▮▮▮▮ Retirement Account - no control.  This is a retirement account for a law firm with 200 attorneys and additional employees. This retirement fund qualifies for the common investment fund exemption where the financial interest is indrect due to the number of participants and size and diversity of investments.

Part VII, Line #s 3, 23, 48, and 50 - In 2019, the asset holdings within the prior year IRA accounts reported (Lines 3 and 23) were rebalanced and are now in 4 separate IRA accounts for reporting purposes.

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 06/24/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce T. Beesley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544